Case 07-72814    Doc 27    Filed 05/23/08    Entered 05/23/08 11:28:34    Desc Main
                                        Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JULIANNE FOREE & WILLIAM FOREE, JR.  
528 SOUTH THIRD STREET  
ROCHELLE, IL  61068  
SSN-xxx-xx-9294 & xxx-xx-0499

Case Number: 07-72814

Case filed on: 11/18/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $956.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY CHARLES L FIERZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JULIANNE FOREE | 0.00 | 0.00 | 956.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 956.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 91,720.16 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 7,101.50 | 6,000.00 | 0.00 | 0.00 |
|  | Total Secured | 98,821.66 | 6,000.00 | 0.00 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 10,163.90 | 10,163.90 | 0.00 | 0.00 |
| 004 | ABA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COLLECTION SYSTEMS OF FREEPORT INC | 637.84 | 637.84 | 0.00 | 0.00 |
| 006 | LIBERTY RESEARCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 868.58 | 868.58 | 0.00 | 0.00 |
| 008 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCHELLE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ILLINOIS DEPARTMENT OF REVENUE | 24.00 | 24.00 | 0.00 | 0.00 |
| 011 | PREMIER BANKCARD/CHARTER | 416.65 | 416.65 | 0.00 | 0.00 |
| 012 | PORTFOLIO RECOVERY ASSOCIATES | 243.37 | 243.37 | 0.00 | 0.00 |
|  | Total Unsecured | 12,354.34 | 12,354.34 | 0.00 | 0.00 |
|  | Grand Total: | 111,176.00 | 18,354.34 | 956.00 | 0.00 |

Total Paid Claimant:        $956.00  
Trustee Allowance:            $0.00  
Percent Paid Unsecured:        0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  05/14/2008          By  /s/Heather M. Fagan